UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER TEMPLE, | No.  2:26-cv-0206 DC AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

By order filed February 9, 2026, the undersigned ordered the complaint stricken because it was improperly signed by plaintiff's sister as his putative "next friend."  ECF No. 13.  Plaintiff was given thirty days to file a complaint bearing his signature if he wished to continue pursuing this case and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  Id. at 3.  Thirty days have now passed, and while plaintiff has filed a motion to compel and declaration regarding his medical condition and treatment (ECF Nos. 14, 15), he has not filed a signed complaint or otherwise responded to the court's order.  Plaintiff will be given one final opportunity to file a signed complaint.  Because there is currently no complaint pending, the motion to compel will be denied as premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the service of this order, plaintiff shall file a complaint

1

bearing his signature if he wishes to continue pursuing this case.  Failure to do so will result in a recommendation that this action be dismissed without further warning.

    2.  Plaintiff's motion to compel (ECF No. 14) is DENIED.

DATED: March 31, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE